JS-6

LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA GASQUE,<br><br>    Plaintiff,<br><br>  vs.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; SAXON MORTGAGE SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV 09-00583 R (JWJx)<br><br>**JUDGMENT**<br><br>Honorable Manuel L. Real |

1  This Court, having granted the Motion to Dismiss filed by Defendant Saxon
2  Mortgage Services, Inc. with prejudice, IT IS ORDERED AND ADJUDGED that
3  Plaintiff's Complaint is DISMISSED WITH PREJUDICE and JUDGMENT IS
4  RENDERED IN FAVOR OF DEFENDANTS.

6  DATED: **April 13, 2009**   _____
7  Hon. Manuel L. Real
   United States District Judge
   Central District of California