1  LOCKE LORD BISSELL & LIDDELL LLP
2  Conrad V. Sison (SBN: 217197)
   csison@lockelord.com
3  Matthew B. McClendon (SBN: 256031)
4  mmcclendon@lockelord.com
   300 South Grand Avenue, Suite 2600
5  Los Angeles, California 90071-3119
6  Telephone: (213) 485-1500
   Facsimile: (213) 485-1200
7
8  Attorneys for Defendant
   SAXON MORTGAGE SERVICES, INC.
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA GASQUE, | CASE NO. CV 09-0583 R (JWJx) |
| Plaintiff, | Hon. Manuel L. Real |
| vs. | **ORDER AWARDING ATTORNEY'S FEES** |
| OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; SAXON MORTGAGE SERVICES, INC.; and DOES 1 through 50, inclusive, | **Filed Concurrently with:** <br> **1. Notice of Lodging** <br> **2. Declaration of Matthew B. McClendon** |
| Defendants. | |

The Court, having considered the testimony of Mitchell W. Roth on January 8, 2009 and January 13, 2009, the documents and evidence provided to the Court in this action, the arguments of counsel and the parties, and having found that this action was brought in bad faith and for the purposes of harassment, hereby awards Saxon Mortgage Services, Inc. its attorney's fees of $8,368.00 pursuant to 15 U.S.C. § 1692k(a)(3), 28 U.S.C. § 1927, and the Court's inherent power and authority to

1  impose sanctions for willful abuse of the judicial process, bad faith conduct during
2  litigation, and filing of frivolous papers.
3      The Court ORDERS that:
4      1.    Mitchell W. Roth and MW Roth PLC, jointly and severally, shall
5  reimburse Plaintiff all amounts paid by Plaintiff to file and/or pursue this lawsuit.
6      2.    Mitchell W. Roth and MW Roth PLC shall be jointly and severally liable
7  for Saxon's attorney's fees in the amount of $8,368.00.
8
9  **IT IS SO ORDERED.**
10
11
12  DATED:   April 13, 2009  _____
13                        Hon. Manuel L. Real
                        United States District Court Judge
14                          Central District of California

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

# CERTIFICATE OF SERVICE

I, Matthew B. McClendon, an attorney, do hereby certify that on April 10, 2009, I caused a copy of the foregoing [PROPOSED] ORDER AWARDING ATTORNEY'S FEES to be served by the method so indicated below upon the following parties:

*Mitchell W. Roth*
M.W. Roth, PLC
13245 Riverside Drive, Suite 320
Sherman Oaks, California 91423

*Via U.S. Mail, postage prepaid.*

Dated: April 10, 2009           By:     /s/ Matthew B. McClendon
                                         Matthew B. McClendon